PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. __Raymond Gary__                                    Docket No. __2:01CR20053-003__

## Petition on Probation and Supervised Release

**COMES NOW** __Michelle R. Sims__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Raymond Gary__ who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at __Memphis, Tennessee__, on the __19th__ day of __November, 2001__, who fixed the period of supervision at __two (2) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall make restitution in the amount of $40,867.91, (Balance: $40,677.91)

\* **Term of Supervised Release began on May 12, 2003.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Raymond Gary has failed to pay restitution in full as ordered. He has maintained employment, but has made sporadic payments throughout his term of supervision. Based upon the defendant's previous income and his necessary living expenses, the defendant was unable to make monthly payments. He has found new employment and his income has increased, however, it does not appear that the defendant will be able to satisfy his outstanding balance by his scheduled expiration date. Based upon this fact, the collection of the defendant's restitution matter was referred to the Office of the United States Attorney/Financial Litigation Unit in February 2005. An Automatic Payroll Deduction Agreement was established and Forty Dollars ($40.00) per pay period is deducted and applied toward restitution.

**PRAYING THAT THE COURT WILL ORDER** that Raymond Gary's term of Supervised Release be allowed to expire as scheduled on May 11, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**                                               Respectfully,

Considered and ordered this 25 day                              _Michelle R. Sims_
of April, 2005 and ordered                                      Michelle R. Sims
filed and made a part of the records in                         United States Probation Officer
the above case.

_[signature]_                                                    **Place** Memphis, TN
United States District Judge

                                                                 **Date** April 14, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __4-26-05__

(666)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 666 in case 2:01-CR-20053 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT